UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JERI LEE BOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:16-00490-RBH |
| | ) |
| CAROLYN W. COLVIN, | ) |
| ACTING COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the power of this Court to enter an order remanding this case under sentence six of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**REMANDS** the case to the Commissioner, pursuant to sentence six of 42 U.S.C. § 405(g)

August 3, 2016                                          s/ R. Bryan Harwell
Florence, South Carolina                          R. Bryan Harwell
                                                              United States District Judge